**Order entered October 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00396-CR**
**No. 05-19-00397-CR**

**STOYAN K. ANASTASSOV, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-50349-V & F15-50350-V**

## ORDER

Before the Court is appellant's September 30, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 4, 2019.

/s/    LANA MYERS
        JUSTICE